IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| MERRITT I. ANDERSON, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV-06-119-S-BLW |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| U.S. JUSTICE DEPT., HOMELAND SECURITY, IMMIGRATION SERVICE, UNITED STATES OF AMERICA, | ) ) ) ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

On November 21, 2007, the Court entered an Order dismissing this action. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's case is DISMISSED.

DATED: **November 21, 2007**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT 1**